UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:13-CR-7 RM |
| ) | |
| RAYMOND T. ALGER ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 5, 2013 [Doc. No. 9]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Raymond Alger's plea of guilty, and FINDS the defendant guilty of Count 1 the Information, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED:   March 4, 2013


　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court